IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF KANSAS

Curtis Dorn and Ann Dorn,  )
                           )
           Plaintiffs,     )
                           )
v.                         )   Case No. 09-1027-WEB
                           )
BMW of North America, LLC.,)
                           )
           Defendant.      )

MEMORANDUM AND ORDER

Plaintiffs have filed a Motion for Extension of Time to File a Motion to Reconsider and to Vacate the Court's Order Regarding the Motion for Summary Judgment and the Motion to Exclude Expert Witness pursuant District of Kansas Rule 6.1(a) and Federal Rules of Civil Procedure Rule 59(e) or Rule 60(b)(6) (Doc. 67).

The district court is without authority to extend the time to file a motion pursuant to Rule 59(e) or Rule 60(b). Rule 6(b)(2), (A court must not extend the time to act under Rules 50(b) and (d), 52(b), 59(b), (d) and (e), and 60(b)); Collard v. United States, 10 F.3d 718, 719 (10th Cir. 1993).

IT IS THEREFORE ORDERED that Plaintiff's Motion for Extension of Time to File a Motion to Reconsider and to Vacate (Doc. 67) is DENIED.

IT IS SO ORDERED on this 1st day of November, 2010.

   s/ Wesley E. Brown
Wesley E. Brown
United States District Court Judge